*File # 2662*

*NL*

## CHANGE IN TERMS AGREEMENT



FSB
First State Bank
*of the Southeast*

| LOAN NUMBER | ORIGINAL PRINCIPAL BALANCE | ORIGINAL AGREEMENT DATE | EFFECTIVE DATE |
|---|---|---|---|
| 98332 | $150,000.00 | October 23, 2020 | October 23, 2022 |

**BORROWER INFORMATION**
FARMERS PRO HARDWARE LLC
1806 N MAIN STREET
LONDON, KY 40741

**GUARANTOR INFORMATION**

GEORGE DOUGLAS BEGLEY
491 POWDER MILL ROAD
LONDON, KY 40741

PIONEER CABINS AND SHEDS LLC
1936 E HWY 192
LONDON, KY 40741

**AGREEMENT.** "Agreement" means this Change in Terms Agreement.

**EXISTING DEBT.** "Existing Debt" means the indebtedness evidenced by an instrument executed on October 23, 2020 in the original principal amount of $150,000.00 and a maturity date of October 23, 2022.

**LENDER.** "Lender" means First State Bank of the Southeast whose address is 1820 Cumberland Ave., Middlesboro, Kentucky 40965, its successors and assigns.

**TERMS AND PROVISIONS.** In consideration of the terms and provisions contained in this Agreement and in the instrument(s) evidencing the Existing Debt and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the undersigned, the terms of the instrument(s) evidencing the Existing Debt are modified effective October 23, 2022, as follows:

Maturity Date. Extend the Maturity date from October 23, 2022 until January 24, 2023. All other conditions and terms remain the same. A $500 fee will be charged.

**CERTIFICATION.** Borrower certifies or confirms to Lender that the beneficial ownership information previously obtained is accurate and up-to-date.

**RATIFICATION AND CONTINUED VALIDITY.** Except for the terms expressly modified by this Agreement, the undersigned hereby acknowledge they are still bound by the terms of the instruments and prior modifications, extensions, and supplements evidencing the Existing Debt as if they were fully set forth and repeated in this Agreement and that those terms will continue to bind the parties as provided in this Agreement and those instruments and agreements as set forth therein. Consent to this Agreement does not waive the right to strictly enforce any rights under this Agreement or the instruments or agreements evidencing the Existing Debt. Consent to this Agreement does not require any party to enter into another agreement like this one in the future. This Agreement shall not be construed as a novation or extinguishment of the Existing Debt, but a restatement of the Existing Debt with modifications.

**OTHER RESPONSIBLE PARTIES.** Any parties liable for the Existing Debt, including without limitation, cosigners, guarantors, and hypothecators, are not relieved of any obligation except as expressly relieved in this Agreement or any other writing. The liability of any party who signed the instruments evidencing the Existing Debt, whether primary or secondary, continues in full force and effect, even if that party does not sign this Agreement.

**HEADINGS** The headings are for the general convenience of the parties in identifying subject matter. The headings have no limiting effect on the text that follows any particular heading.

**SINGULAR AND PLURAL TERMS.** All words in the singular shall include the plural and the plural shall include the singular.

**ORAL AGREEMENTS DISCLAIMER.** This Agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten oral agreements between the parties.



By signing this Agreement, each Borrower and Guarantor acknowledges reading, understanding, and agreeing to all its provisions, and receiving a copy.

FARMERS PRO HARDWARE LLC

_____ (Seal)
By: GEORGE DOUGLAS BEGLEY          Date
Its: LLC Member

_____ (Seal)
GEORGE DOUGLAS BEGLEY              Date
Individually

PIONEER CABINS AND SHEDS LLC

_____ (Seal)
By: GEORGE DOUGLAS BEGLEY          Date

By signing this Agreement, Lender acknowledges reading, understanding, and agreeing to all its provisions.

First State Bank of the Southeast

_____ (Seal)
By: MARVIN C BAKER                 Date
Its: Lender / VP

© 2003-2022 Compliance Systems, LLC 8171f66c938a1204 - 2021.279.21.3
Change in Terms Agreement - DL6006                     Page 2 of 2                     www.compliancesystems.com

